# United States Court of Appeals for the Federal Circuit

---

January 31, 2013

**ERRATA**

---

Appeal No. 2011-1615, 2012-1108

**INVENTIO AG,**

v.

**OTIS ELEVATOR COMPANY,**

Decided:  November 27, 2012
Nonprecedential Opinion

---

Please make the following change:

Page 2, line 11, delete "Inventio's asserted patent is," and insert --the asserted claims of Inventio's patent are--.

Page 7, line 11, after "validity," insert --of the asserted claims--.

Page 7, footnote 4; page 13, lines 4-5; and page 13, line 8, change "'094 patent is" to --asserted claims of the '094 patent are--.

Page 11, line 29, before "the '094 patent," insert --the invention recited in the asserted claims of--.